| DIST. | OFF. | DOCKET YR. | DOCKET NUMBER | FILING DATE MO | DAY | YEAR | J | N/S | O | D PTF | D DEF | R 23 | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. | DOCKET NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 425 | 5 | 82 | 5037 | 03 | 05 | 82 | 4 | 110 | 1 | 3 | 1 | | J 2505 M | | 88888 | P | 82 | 5037 |

**PLAINTIFFS**

THE WESTERN CASULATY & SURETY COMPANY, a Stock Insurance Company, organized and existing under the laws of the State of Kansas,

**DEFENDANTS**

McCOY, LEONA Administratrix of the Estate of Acie McCoy, Jr., deceased,

EASTERN ASSOCIATED COAL CORP., a West Virginia corporation,

BLUESTONE COAL CORPORATION, a corporation,

W and W. COAL COMPANY, INC. a corporation,

WHITE, JERRY, and YOUNG, LACY, JR. individually in their own right, and as officers, agents, representatives and/or employees of W. and W. COAL COMPANY INC., a corporation,

CRIGGER, MARVIN H.

CRIGGER, DAVID L. and MILLS, JAMES E.

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

Insurance—Pltf. has denied liability coverage to the defendants, etc. Prays that the Court declare that its policy of insurance does not afford coverage to the Defts. Declaratory Judgment Act. 28 U.S.C.A. Secs. 2201 & 2202 and FRCP 57

fjd

**ATTORNEYS**

James M. Brown
P.O. Drawer L
Beckley, West Virginia 25801

MARVIN H. CRIGGER AND
DAVID L. CRIGGER
Wade T. Watson
Courthouse Annex
Welch, W. Va. 24801

Richard E. Hardison
1540 Bedford Drive
Charleston, W. Va. 25314

Harry G. Camper
Camper and Seay
P.O. Drawer C
Welch, W. Va. 24801
436-3900 or 436-3108

JERRY WHITE

Randall L. Vener
1600 West Main Street
Princeton, W. Va.

Donald D. Hodson
for (Eastern Associated Coal Corp.)
P.O. Drawer 1479
Beckley, W. Va. 25801

Bluestone Coal Corporation

Lawrence E. Morhous
Hudgins, Coulling, Brewster & Morhous
P. O. Box 529
Bluefield, WV 24701
325-9177

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | 3/5/82 | #157 | 101042 | JS-5 | |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev 7/80)

82-5037

Harry G. Camper, Jr.
Counsel for Leona McCoy,
Administratrix of the
Estate of Acie McCoy, Jr.
CAMPER & SEAY
17 McDowell Street
Welch, West Virginia  24801

Donald D. Hodson
Counsel for Eastern
Associated Coal Corporation,
a West Virginia Corporation
BOWERS, HODSON, HENDERSON & RICHMOND
P. O. Drawer 1479
Beckley, West Virginia  25801

Lawrence E. Morhous
Counsel for Bluestone Coal
Corporation
HUDGINS, COULLING, BREWSTER & MORHOUS
P. O. Box 529
Bluefield, West Virginia  24701

Randall L. Veneri
Counsel for Jerry White
VENERI & BURKETT
1600 West Main Street
Princeton, West Virginia  24740

Wade T. Watson
Counsel for David L.
Crigger and Marvin
H. Crigger
Prosecuting Attorney
Welch, West Virginia  24801

Lacy Young, Jr.
Matoaka
West Virginia  24736

James Mills
308 S. Mercer St.
Bluefield, West Virginia  24701

W and W Coal Company
c/o Jerry White
16 Frederick Street
Bluefield, West Virginia  24701

CA-82-5037  The Western Casualty & Surety Co., etc.  VS. LEONA McCOY, Admrx. of the Estate of Asa McCoy,Jr. et al

Case 5:82-cv-05037   Document 1   Filed 03/05/82   Page 3 of 3 PageID #: 3

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1982 Mar. 5 | 1 | COMPLAINT, Delivered orig. & 9 copies to Atty. for service. Ret. 30 days. | |
| | 2 | Request of Atty. for summons to be served by Robert Treadwsy. | |
| Mar. 18 | 3 | RETURNS on service of summons & complaint. (9) | |
| Mar. 30 | 4 | ANSWER of Deft. Leona McCoy, Administratrix | dlg |
| Apr. 5 | 5 | ANSWER of Deft. Jerry White | |
| Apr. 9 | 6 | ANSWER of Deft. Eastern Associated Coal Corp. | |
| Apr. 16 | 7 | ANSWER of Deft. Bluestone Coal Corporation | dlh |
| Apr. 19 | 8 | ANSWER of Defts Marvin H. Crigger and David L. Crigger | |
| Apr. 22 | 9 | MOTION and NOTICE of Motion of Pltf. Western Casualty & Surety Co. for Judgment on Pleadings and/or in the Alternative Summary Judgment. | fjd |
| Apr. 27 | 10 | CERTIFIED COPY of COMPLAINT filed w/Circuit Court of McDowell Co., WV, by Leona McCoy & Certified copy of Policy No. AGC 035622 in support of Pltf's Motion for Summary Judgment filed 4/22/82 - hearing set for 5/4/82, BK | dlh |
| May 4 | 11 | COPY of Agreement entered into on the 17th day of December, 1976 entitled "Exhibit B" | dlh |
| June 14 | -- | MEMORANDUM in Support of Pltf's Motion for Summary Judgment | dlh |
| June 28 | 12 | BRIEF of Deft, Leona McCoy, in Opposition to Pltf's Motion for Summary Judgment | dlh |
| Sept. 2 | 13 | FINAL ORDER (DRK)  Action dismissed--inasmuch as the underlying action pending in the Circuit Court of McDowell Co. has been compromised, agreed and settled.  cc/counsel | fjd |

CLOSED